LAW OFFICES OF MYRON D. MILCH, PC
Continental Plaza III
433 Hackensack Avenue— Second Floor
Hackensack, N. J. 07601
Tel. (201) 342-2868
Fax (201) 342-7391
Attorney for Plaintiff
35451209.09

| | |
|---|---|
| Buckeye Energy Services, LLC,<br><br>          Plaintiff<br><br>vs.<br><br>William Crescenzo, Inc. and<br>Robert J. Crescenzo,<br><br>          Defendants | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CASE No.: 2:09mc263 (WHW)<br><br>ORDER FOR DISCOVERY |

UPON reading the annexed verified Petition, it is on this ___ day of _____ ,20__

ORDERED that the Witnesses, Robert J. Crescenzo, Sandra Bentavolia, Joseph Crescenzo, Ruda C. Crescenzo, Bruce Bryant and Kim Swan, appear and testify, under oath, about the income and assets of the Defendant-judgment-debtor, at the Law Offices of Myron D. Milch, P.C., Continental Plaza III, 433 Hackensack Avenue, Second Floor, Hackensack, New Jersey 07601 on, February 9, 2010 at 10:00 a.m.; and it is

**FURTHER ORDERED** that the Witness produce at the time and place set forth above the books, records and documents and information set forth on the attached Schedule(s); and it is

**FURTHER ORDERED** that a copy of this ORDER, which may be certified as a true copy by the Attorney for the Plaintiff, be served upon the witness to be deposed personally or by registered or certified mail, return receipt requested, at least ten (10) days before the date for appearance fixed herein.

_____
                                                            USDJ